**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID KUBIAK, individually and on behalf
of all others similarly situated who consent
to their inclusion in a collective action, et al.,

        Plaintiffs,

vs.                                       Case No. 3:12-cv-1306-J-34JRK

S.W. COWBOY, INC., a Florida corporation
doing business as Saltwater Cowboys, et al.,

        Defendants.
_____/

**O R D E R**

1. The Joint Motion for a Case Management Conference (Doc. No. 49), filed July 24, 2013, is **GRANTED**.

2. A hearing is **SET** for **FRIDAY, AUGUST 9, 2013 at 11:00 a.m.** before the undersigned at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Courtroom No. 5D, Fifth Floor, Jacksonville, Florida.[1]  Any party wishing to attend the hearing *via* telephone may do so by calling the Court's telephone number, (904) 360-1520, when the hearing is scheduled to begin.  The Court requests that the parties coordinate their

---

[1] Photo identification is required to enter the United States Courthouse and cell phones, blackberries, and laptop computers are prohibited in the building (unless otherwise ordered by the Court or stored in the first floor lockers provided to counsel by the Federal Bar Association).  Locker access is available upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

appearances prior to the scheduled hearing.  If multiple parties will appear *via* telephone, those parties are requested to coordinate one conference call prior to calling the Court.

**DONE AND ORDERED** at Jacksonville, Florida on July 26, 2013.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

jlk
Copies to:
Counsel of Record